# EXHIBIT 6



| | **Individualized Reentry Plan - Program Review  (Inmate Copy)** | SEQUENCE: 01817322 |
|---|---|---|
| | Dept. of Justice / Federal Bureau of Prisons | Team Date: 02-19-2020 |
| | Plan is for inmate: FERGUSON, BOBBY W  44950-039 | |

| Facility: | ELK ELKTON FCI | Proj. Rel. Date: | 01-29-2031 |
|---|---|---|---|
| Name: | FERGUSON, BOBBY W | Proj. Rel. Mthd: | GCT REL |
| Register No.: | 44950-039 | DNA Status: | MIL05406 / 03-11-2013 |
| Age: | 51 | | |
| Date of Birth: | 12-10-1968 | | |

**Detainers**

| Detaining Agency | Remarks |
|---|---|
| NO DETAINER | |

**Current Work Assignments**

| Facl | Assignment | Description | Start |
|---|---|---|---|
| ELK | CHAPEL ORD | CHAPEL ORDERLY | 03-20-2018 |

**Current Education Information**

| Facl | Assignment | Description | Start |
|---|---|---|---|
| ELK | ESL HAS | ENGLISH PROFICIENT | 07-17-2014 |
| ELK | GED HAS | COMPLETED GED OR HS DIPLOMA | 07-17-2014 |

**Education Courses**

| SubFacl | Action | Description | Start | Stop |
|---|---|---|---|---|
| ELK | | COMBINED FITNESS, FCI | 01-16-2020 | CURRENT |
| ELK | C | FITNESS PROGRAM | 08-18-2019 | 10-20-2019 |
| ELK | C | ACE: BUSINESS OF REENTRY | 03-31-2019 | 07-21-2019 |
| ELK | C | AFRICAN AM HISTORY, FCI, SUN | 03-31-2019 | 07-31-2019 |
| ELK | C | SPINNING M 1 PM | 05-21-2019 | 08-12-2019 |
| ELK | C | BUSINESS START UP, SUNDAYS | 10-04-2018 | 02-18-2019 |
| ELK | C | FCI ACE: REENTRY ISSUES | 10-03-2018 | 01-28-2019 |
| ELK | C | MONEY SMART, REENTRY, HARTUNG | 06-20-2018 | 10-12-2018 |
| ELK | C | AFRICAN AM HISTORY, FCI, SUN | 04-29-2018 | 08-19-2018 |
| ELK | C | ACE: THINKING FOR CHANGE | 05-01-2018 | 08-19-2018 |
| ELK | C | AIDS AWARENESS-RPP<HN> | 03-15-2018 | 03-15-2018 |
| WIL | C | SOCIAL SERVICE INDEPENDENCE | 06-08-2017 | 11-03-2017 |
| WIL | C | COMPUTER APPLS SKILL IMPROVMEN | 07-27-2017 | 10-10-2017 |
| WIL | C | HEALTH FAIR-VARIOUS TOPICS | 09-27-2017 | 10-03-2017 |
| WIL | C | RPP #6 DRUG EDUCATION | 07-10-2017 | 09-08-2017 |
| WIL | C | RPP #6 NON RESIDENTIAL DRUG | 02-07-2017 | 07-11-2017 |
| WIL | C | BUSINESS MARKETING & ADMIN COM | 12-16-2016 | 06-30-2017 |
| WIL | C | TYPING I | 04-14-2017 | 06-30-2017 |
| WIL | C | HEALTH FAIR-VARIOUS TOPICS | 04-25-2017 | 05-07-2017 |
| WIL | C | FCI PARENTING CLASS | 12-22-2016 | 05-06-2017 |
| WIL | C | CREATIVE WRITING | 09-02-2016 | 12-05-2016 |
| WIL | C | COMMITTMENT 2 CHANGE- | 05-31-2016 | 06-30-2016 |
| WIL | C | HEALTH FAIR-VARIOUS TOPICS | 04-27-2016 | 05-17-2016 |
| WIL | C | RPP #5 RELEASE AND GRATUITY | 05-09-2016 | 05-09-2016 |
| WIL | C | RPP #5 RELEASE AND GRATUITY | 05-09-2016 | 05-09-2016 |
| WIL | C | RPP #1 STRESS MANAGEMENT | 05-03-2016 | 05-03-2016 |
| WIL | C | RPP #6 - ANGER MANAGEMENT | 02-23-2016 | 05-03-2016 |
| WIL | C | REC MUSIC CLASS | 01-13-2016 | 03-28-2016 |
| WIL | C | SOCIAL SERVICE INDEPENDENCE | 07-07-2015 | 09-15-2015 |
| WIL | C | MUSIC BUSINESS | 07-21-2014 | 09-24-2014 |
| WIL | C | RPP #1 HIV/AIDS AWARENESS | 07-29-2014 | 07-29-2014 |

**Discipline History (Last 6 months)**

| Hearing Date | Prohibited Acts |
|---|---|
| ** NO INCIDENT REPORTS FOUND IN LAST 6 MONTHS ** | |

**Current Care Assignments**

| Sentry Data as of 02-19-2020 | Individualized Reentry Plan - Program Review  (Inmate Copy) | Page 1 of 4 |
|---|---|---|



| | Individualized Reentry Plan - Program Review (Inmate Copy) | SEQUENCE: 01817322 |
|---|---|---|
| | Dept. of Justice / Federal Bureau of Prisons | Team Date: 02-19-2020 |
| | Plan is for inmate: FERGUSON, BOBBY W 44950-039 | |

| Assignment | Description | Start |
|---|---|---|
| CARE1-MH | CARE1-MENTAL HEALTH | 07-18-2014 |
| CARE2 | STABLE, CHRONIC CARE | 07-11-2014 |

**Current Medical Duty Status Assignments**

| Assignment | Description | Start |
|---|---|---|
| LOWER BUNK | LOWER BUNK REQUIRED | 01-14-2020 |
| NO PAPER | NO PAPER MEDICAL RECORD | 03-11-2013 |
| REG DUTY W | REGULAR DUTY W/MED RESTRICTION | 01-14-2020 |
| YES F/S | CLEARED FOR FOOD SERVICE | 07-11-2014 |

**Current Drug Assignments**

| Assignment | Description | Start |
|---|---|---|
| ED COMP | DRUG EDUCATION COMPLETE | 09-08-2017 |
| NR COMP | NRES DRUG TMT/COMPLETE | 08-04-2017 |

**FRP Details**

Most Recent Payment Plan

| FRP Assignment: | PART | FINANC RESP-PARTICIPATES | Start: 09-18-2014 |
|---|---|---|---|
| Inmate Decision: | AGREED | $120.00 | Frequency: QUARTERLY |
| Payments past 6 months: | $240.00 | Obligation Balance: $6,283,090.00 | |

**Financial Obligations**

| No. | Type | Amount | Balance | Payable | Status |
|---|---|---|---|---|---|
| 1 | ASSMT | $900.00 | $0.00 | IMMEDIATE | COMPLETEDZ |
| | ** NO ADJUSTMENTS MADE IN LAST 6 MONTHS ** | | | | |
| 3 | ASSMT | $900.00 | $0.00 | IMMEDIATE | VOIDED |
| | ** NO ADJUSTMENTS MADE IN LAST 6 MONTHS ** | | | | |
| 2 | REST FV | $6,284,000.00 | $6,283,090.00 | IMMEDIATE | AGREED |

| Adjustments: | Date Added | Facl | Adjust Type | Reason | Amount |
|---|---|---|---|---|---|
| | 12-12-2019 | ELK | PAYMENT | INSIDE PMT | $120.00 |
| | 09-12-2019 | ELK | PAYMENT | INSIDE PMT | $120.00 |

**Payment Details**

Trust Fund Deposits - Past 6 months: $1,977.76     Payments commensurate? Y
New Payment Plan:  ** No data **

**Progress since last review**

Ferguson has completed the Business of Reentry course, Fitness, and African American History course. He has enrolled in the Fitness course. He is also on the waiting list for the Anger Management course.

**Next Program Review Goals**

Complete the Fitness course. Enroll in the Forex course and Mentoring program.

**Long Term Goals**

Complete the Anger Management course prior to January 2030. Complete the Release Preparation Program by completing the following courses prior to January 2030: Personal Growth and Development, Employment, Personal Finance and Consumer Skills, Health and Nutrition, Release Procedures and Requirements, and Community Resources. Develop a resume and cover letter prior to January 2030, with the assistance of the Employment Resource Center to help seek employment upon release.

**RRC/HC Placement**

**Comments**

Finance/Poverty Need Screen
Is there documentation in the PSR of any of the following?
\_\_ Any history of Bankruptcy
\_\_ No bank account
\_\_ No assets nor liabilities noted in PSR
\_\_ Debts noted in Credit Report or other sources
\_\_ Tax Liabilities/back taxes
\_\_ Unpaid alimony/child support
_X_ other indications of lack of financial management skills (specify)



**Individualized Reentry Plan - Program Review  (Inmate Copy)**
Dept. of Justice / Federal Bureau of Prisons
Plan is for inmate: FERGUSON, BOBBY W   44950-039

SEQUENCE: 01817322
Team Date: 02-19-2020

He owes $6,284,000.00 restitution obligation.

YES _X_____   NO _____ (if any of the above, check yes)
If the answer is yes, the inmate has a financial/poverty skills need.



**Individualized Reentry Plan - Program Review (Inmate Copy)**  SEQUENCE: 01817322
Dept. of Justice / Federal Bureau of Prisons  Team Date: 02-19-2020
Plan is for inmate: FERGUSON, BOBBY W  44950-039

Name: FERGUSON, BOBBY W  DNA Status: MIL05406 / 03-11-2013
Register No.: 44950-039
Age: 51
Date of Birth: 12-10-1968

Inmate  (FERGUSON, BOBBY W. Register No.: 44950-039)

Date

Unit Manager / Chairperson  Case Manager

Date  Date