UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

      Plaintiff,　　　　　　　　　　CRIMINAL NO. 10-20403

vs.　　　　　　　　　　　　　　　　HON.  NANCY G. EDMUNDS

D-2 BOBBY W. FERGUSON,

      Defendant.
_____/

**NOTICE OF CHANGE OF ASSISTANT U.S. ATTORNEY**

**To:  Attorney Admission Clerk and All Other Parties**

Please add the following Assistant U.S. Attorney as co-counsel of record on behalf of the United States of America:

      Name:　　　SARAH RESNICK COHEN
      Address:　　211 W. Fort Street, Suite 2001
      　　　　　　Detroit, MI  48226
      Telephone:　313-226-9637
      Email:　　　Sarah.Cohen@usdoj.gov

                                             Respectfully submitted,

                                             SAIMA S. MOHSIN
                                             Acting United States Attorney

                                             *s/Sarah Resnick Cohen*
                                             SARAH RESNICK COHEN
                                             Assistant United States Attorney
                                             211 W. Fort Street, Suite 2001
                                             Detroit, MI  48226
                                             313-226-9637
                                             Sarah.Cohen@usdoj.gov

Dated:  March 31, 2021