

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

F I L E D
JAN 17 2024
CLERK'S OFFICE
DETROIT

UNITED STATES OF AMERICA,

    Plaintiff,

vs.    Case No. 10-20403
Honorable Nancy G. Edmunds

BOBBY W. FERGUSON (D-2)

    Defendant.

_____/

## NOTICE OF APPEAL

**PLEASE TAKE NOTICE,** the above named Defendant will appeal to the Sixth Circuit the Court's December 12, 2023, Order and Opinion denying his Motion for Relief From Judgment [694].

Date: December 18, 2023

*Bobby Ferguson*
Bobby W. Ferguson
Defendant/Pro-se
18944 Bretton Drive
Detroit, MI. 48223

METROPLEX MI 480
11 JAN 2024 PM 9 L

Bobby Ferguson
18944 Berton Drive
Detroit, MI. 48223

U.S. District Court
Eastern District of Michigan
231 Lafayette Blvd.
Detroit, MI. 48226

48226-279426