# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

UNITED STATES OF AMERICA,

       Plaintiff,

v

D-2   BOBBY W. FERGUSON, et al.,

       Defendant(s).

       Case No.: 2:10-CR-20403
       Hon. Nancy G. Edmunds

_____/

## UNITED STATES' RESPONSE TO DEFENDANT'S MOTION FOR THE RECORD OF AND TO MODIFY RESTITUTION PAYMENTS

COMES NOW, the United States of America, Plaintiff, pursuant to the Court's February 24, 2025, Order (ECF No. 704) requiring a response to Defendant, Bobby W. Ferguson's, Motion for the Record of and to Modify Restitution Payments filed at ECF No. 702 and 703 (referred to herein as the "Motion") and states:

1. On January 15, 2014, the Court sentenced the Defendant in the instant criminal case after a jury convicted him of nine felony counts of racketeering, extortion, bribery, and conspiracy related to his corrupt partnership with co-Defendant, Kwame Kilpatrick, the former Mayor of the City of Detroit and a former state legislator. ECF No. 519.

2. Part of the Defendant's sentence was an order for criminal restitution in the amount of $6,284,000.00. *Id*., PageID. 16479. Interest was waived. *Id*.

3. Restitution was ordered joint and several with the Defendant's co-Defendant, Kwame Kilpatrick, up to $4,534,423.00. *Id.*, PageID. 16481.

4. The Defendant's judgment was upheld on appeal. ECF No. 570. Only the Defendant's co-Defendant's restitution was vacated and remanded for re-calculation. *Id*. PageID. 17112.

5. The Defendant's subsequent Motion to Vacate under 28 U.S.C. § 2255 was denied on February 27, 2018, as was his Motion for Reconsideration of the Motion to Vacate under 28 U.S.C. § 2255 on September 20, 2018. ECF No. 624 and 627.

6. On April 29, 2021, the Court entered an Amended Judgment against the Defendant. ECF No. 683. The amount and terms of the Defendant's restitution have remained the same. *Id.*, PageID. 18851 and 18853.

7. Pursuant to Fed. R. Crim. P. 32.2., 18 U.S.C. § 1963, and 18 U.S.C. § 981(a)(1)(C) together with 28 U.S.C. § 2461(c), the Defendant forfeited property associated with his criminal convictions and a forfeiture money judgment in the amount of $6,284,000.00 was entered against the Defendant in favor of the United States. *See* ECF No. 519, PageID. 16483-86; *see also* ECF No. 486, 490, 521, 563, 565, 580, 670, and 672.

8. At the conclusion of the Defendant's forfeiture and restoration proceedings, a total of $3,652,529.64 was applied to the Defendant's

special assessment and restitution balance. *See* Exhibit A – Payment History, attached. Apart from the Defendant's forfeiture monies, the Defendant has made intermittent monthly payments ranging from $25.00 to $200.00. *Id*. The last payment received from the Defendant was for $100.00 on November 18, 2024. *Id*. As of March 3, 2025, the Defendant's balance is **$2,619,959.55**.

9. The Defendant's Motion alleges his restitution amount is inaccurate. ECF No. 702, PageID. 18949. On the contrary, the Defendant's restitution has been reviewed ad nauseum, and his Amended Judgment reiterated the restitution amount of $6,284,000.00, even after appellate review. *Compare* ECF No. 519 to 683. Interest was again waived, so there is no interest to consider in the instant Motion.

10. The Defendant's Motion goes on to request an accounting of his restitution payments, his balance, and the "schedule for any remaining obligations." ECF No. 702. In addition, the Defendant requests leave to supplement his Motion, or an Order ruling his restitution is "fully satisfied." *Id*.

11. With a copy of its Response, the United States has provided the Defendant with a copy of his account history, Exhibit A – Payment History, attached, which responds to the Defendant's requests for:

    a. Defendant's payment history; and

    b. Defendant's current balance.

ECF No. 702.

12. The Defendant's Amended Judgment ordered the Defendant to make monthly payments on his restitution balance at a rate and schedule recommended by the Probation Department and approved by the Court. ECF No. 683, PageID. 18850. The Defendant's supervised release terminated on April 29, 2024, and the last payment received from him was on November 18, 2024. *See* Exhibit A.

13. The United States Attorney's Office Financial Litigation Program ("USAO") enforces restitution judgments and ensures the necessary actions are taken to maximize the recovery of restitution. To assess a defendant's ability to pay and the appropriate monthly payment amount for restitution, the USAO sends periodic requests to defendant-debtors for updated information concerning their current financial circumstances.

14. On March 26, 2024, the USAO requested updated financial information from the Defendant, and on April 30, 2024, the Defendant provided a partially completed financial disclosure. The Defendant described himself as self-employed, with minimal expenses, and provided updated contact information.

15. On March 3, 2025, the USAO requested updated financial information from the Defendant and the request remains pending.

16. To properly assess the Defendant's ability to pay and recommend a payment plan, the United States recommends the Court continue the Defendant's Motion until his financial information has been received (it is due by Thursday, April 3, 2025) and reviewed by the USAO. At that point, the United States can provide a Status Report on the Defendant's financial circumstances and recommend a payment schedule.

WHEREFORE, the United States respectfully requests the Court to continue the Defendant's Motion until **May 1, 2025**, to: 1) provide time for the Defendant to complete the financial questionnaire and provide the supporting documents to the United States, 2) an opportunity for the United States to review the Defendant's submission, and 3) report its findings to the Court.

Respectfully submitted,

JULIE A. BECK
Acting United States Attorney

s/ Jessica A. Nathan
JESSICA A. NATHAN
Assistant United States Attorney
TX Bar 24090291
211 W. Fort St., Ste. 2100
Detroit, MI 48226
T: 313-226-9643
E: Jessica.Nathan@usdoj.gov

## CERTIFICATE OF SERVICE

I, Jessica A. Nathan, Assistant United States Attorney for the Eastern District of Michigan, do hereby certify that the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system which will electronically notice counsel of record.

I further certify that I have mailed the foregoing document, by United States Postal Service, to the following non-CM/ECF participants, utilizing the last known address available to the United States Attorney's Office for the Eastern District of Michigan.

    Bobby W. Ferguson
    XXXX
    Detroit, MI XXXXX
    *Defendant-Judgment Debtor*

                                        /s/ Jessica A. Nathan
                                        JESSICA A. NATHAN
                                        Assistant United States Attorney
                                        211 W. Fort St., Ste. 2001
                                        Detroit, Michigan 48226
                                        Phone: (313) 226-9643
                                        E-mail: jessica.nathan@usdoj.gov
                                        Bar No.: (TX 24090291)

Date: March 7, 2025

# Exhibit A

USA VS KILPATRICK ET AL  Report Generated on: 3/3/2025:11:35AM
DMIE210CR020403 BOBBY FERGUSON  Last Updated: 2/28/2025
Party Code: MIEA015833
Comments:

Summary of Criminal Debts

| Debt Type | Case Number | Imposed | Collected | Outstanding |
|---|---|---|---|---|
| SPECIAL PENALTY ASSESSMENT | DMIE210CR020403002 | $900.00 | $900.00 | $0.00 |
| VICTIM JS RESTITUTION | DMIE210CR020403B | $1,520,653.50 | $885,325.29 | $635,328.21 |
| VICTIM JS RESTITUTION | DMIE210CR020403A | $1,545,277.19 | $1,545,277.19 | $0.00 |
| VICTIM RESTITUTION with Interest | DMIE210CR020403002 | $3,218,069.31 | $1,233,437.97 | $1,984,631.34 |
| Totals | | $6,284,900.00 | $3,664,940.45 | $2,619,959.55 |

Detailed Records: Individual Payment History

| Date | Penalty Type | Case Number | Receipt | Paid |
|---|---|---|---|---|
| 11/18/2024 | VICTIM JS RESTITUTION | DMIE210CR020403B | P111824DMIE210CR02040300214 | $16.04 |
| 11/18/2024 | VICTIM JS RESTITUTION | DMIE210CR020403B | P111824DMIE210CR02040300212 | $16.04 |
| 11/18/2024 | VICTIM RESTITUTION | DMIE210CR020403002 | P111824DMIE210CR02040300214 | $33.96 |
| 11/18/2024 | VICTIM RESTITUTION | DMIE210CR020403002 | P111824DMIE210CR02040300212 | $33.96 |
| 10/6/2024 | VICTIM JS RESTITUTION | DMIE210CR020403B | P100624DMIE210CR0204030028 | $8.02 |
| 10/6/2024 | VICTIM JS RESTITUTION | DMIE210CR020403B | P100624DMIE210CR0204030027 | $16.04 |
| 10/6/2024 | VICTIM JS RESTITUTION | DMIE210CR020403B | P100624DMIE210CR02040300211 | $5.78 |
| 10/6/2024 | VICTIM JS RESTITUTION | DMIE210CR020403B | P100624DMIE210CR02040300210 | $7.38 |
| 10/6/2024 | VICTIM RESTITUTION | DMIE210CR020403002 | P100624DMIE210CR0204030028 | $16.98 |
| 10/6/2024 | VICTIM RESTITUTION | DMIE210CR020403002 | P100624DMIE210CR0204030027 | $33.96 |
| 10/6/2024 | VICTIM RESTITUTION | DMIE210CR020403002 | P100624DMIE210CR02040300211 | $12.22 |
| 10/6/2024 | VICTIM RESTITUTION | DMIE210CR020403002 | P100624DMIE210CR02040300210 | $15.62 |
| 9/17/2024 | VICTIM JS RESTITUTION | DMIE210CR020403B | P091724DMIE210CR0204030029 | $30.49 |
| 9/17/2024 | VICTIM RESTITUTION | DMIE210CR020403002 | P091724DMIE210CR0204030029 | $64.51 |
| 8/21/2024 | VICTIM JS RESTITUTION | DMIE210CR020403B | P082124DMIE210CR02040300212 | $32.09 |
| 8/21/2024 | VICTIM RESTITUTION | DMIE210CR020403002 | P082124DMIE210CR02040300212 | $67.91 |
| 7/23/2024 | VICTIM JS RESTITUTION | DMIE210CR020403B | P072324DMIE210CR02040300213 | $8.02 |
| 7/23/2024 | VICTIM JS RESTITUTION | DMIE210CR020403B | P072324DMIE210CR02040300212 | $24.07 |
| 7/23/2024 | VICTIM RESTITUTION | DMIE210CR020403002 | P072324DMIE210CR02040300213 | $16.98 |
| 7/23/2024 | VICTIM RESTITUTION | DMIE210CR020403002 | P072324DMIE210CR02040300212 | $50.93 |
| 6/5/2024 | VICTIM JS RESTITUTION | DMIE210CR020403B | MIECCA24-00192 | $877,379.42 |
| 6/5/2024 | VICTIM RESTITUTION | DMIE210CR020403002 | MIECCA24-00192 | $-877,379.42 |
| 6/4/2024 | VICTIM JS RESTITUTION | DMIE210CR020403B | MIECCA24-00191 | $0.00 |
| 6/4/2024 | VICTIM RESTITUTION | DMIE210CR020403002 | MIECCA24-00191 | $0.00 |
| 6/1/2024 | VICTIM JS RESTITUTION | DMIE210CR020403B | P060124DMIE210CR0204030027 | $8.02 |
| 6/1/2024 | VICTIM JS RESTITUTION | DMIE210CR020403B | P060124DMIE210CR0204030026 | $24.07 |
| 6/1/2024 | VICTIM RESTITUTION | DMIE210CR020403002 | P060124DMIE210CR0204030027 | $16.98 |
| 6/1/2024 | VICTIM RESTITUTION | DMIE210CR020403002 | P060124DMIE210CR0204030026 | $50.93 |
| 4/25/2024 | VICTIM RESTITUTION | DMIE210CR020403002 | MIECCA24-00175 | $200.00 |
| 4/2/2024 | VICTIM RESTITUTION | DMIE210CR020403002 | P040224DMIE210CR02040300220 | $50.00 |
| 4/2/2024 | VICTIM RESTITUTION | DMIE210CR020403002 | P040224DMIE210CR02040300219 | $50.00 |
| 4/1/2024 | VICTIM RESTITUTION | DMIE210CR020403002 | P040124DMIE210CR0204030029 | $100.00 |
| 2/6/2024 | VICTIM RESTITUTION | DMIE210CR020403002 | P020624DMIE210CR0204030028 | $100.00 |
| 1/3/2024 | VICTIM RESTITUTION | DMIE210CR020403002 | P010324DMIE210CR02040300218 | $5.00 |
| 1/3/2024 | VICTIM RESTITUTION | ECF210CR020403002 | P010324DMIE210CR02040300217 | $5.00 |
| 1/2/2024 | VICTIM RESTITUTION | DMIE210CR020403002 | P010224DMIE210CR02040300219 | $90.00 |
| 12/7/2023 | VICTIM RESTITUTION | DMIE210CR020403002 | P120723DMIE210CR0204030027 | $90.00 |
| 11/2/2023 | VICTIM RESTITUTION | DMIE210CR020403002 | P110223DMIE210CR02040300213 | $200.00 |
| 8/11/2023 | VICTIM RESTITUTION | DMIE210CR020403002 | P081123DMIE210CR02040300211 | $100.00 |
| 7/5/2023 | VICTIM RESTITUTION | DMIE210CR020403002 | P070523DMIE210CR02040300210 | $200.00 |
| 6/8/2023 | VICTIM RESTITUTION | DMIE210CR020403002 | P060823DMIE210CR0204030029 | $100.00 |
| 4/27/2023 | VICTIM RESTITUTION | DMIE210CR020403002 | P042723DMIE210CR0204030025 | $110.00 |

| Date | Penalty Type | Case Number | Receipt | Paid |
|---|---|---|---|---|
| 4/24/2023 | VICTIM RESTITUTION | DMIE210CR020403002 | P042423DMIE210CR0204030024 | $90.00 |
| 2/4/2023 | VICTIM RESTITUTION | DMIE210CR020403002 | P020423DMIE210CR0204030021 | $110.00 |
| 1/23/2023 | VICTIM RESTITUTION | DMIE210CR020403002 | P012323DMIE210CR0204030021 | $190.00 |
| 11/10/2022 | VICTIM RESTITUTION | DMIE210CR020403002 | P111022DMIE210CR02040300215 | $100.00 |
| 11/1/2022 | VICTIM RESTITUTION | DMIE210CR020403002 | P110122DMIE210CR0204030028 | $200.00 |
| 8/16/2022 | VICTIM RESTITUTION | DMIE210CR020403002 | P081622DMIE210CR0204030026 | $100.00 |
| 6/4/2022 | VICTIM RESTITUTION | DMIE210CR020403002 | P060422DMIE210CR0204030021 | $25.00 |
| 5/11/2022 | VICTIM RESTITUTION | DMIE210CR020403002 | P051122DMIE210CR0204030027 | $25.00 |
| 4/5/2022 | VICTIM RESTITUTION | DMIE210CR020403002 | P040522DMIE210CR02040300213 | $25.00 |
| 3/24/2022 | VICTIM RESTITUTION | DMIE210CR020403002 | MIECCA22-00069 | $1,535,058.91 |
| 2/18/2022 | VICTIM RESTITUTION | DMIE210CR020403002 | P021822DMIE210CR0204030026 | $25.00 |
| 12/29/2021 | VICTIM RESTITUTION | DMIE210CR020403002 | P122921DMIE210CR0204030026 | $25.00 |
| 12/1/2021 | VICTIM RESTITUTION | DMIE210CR020403002 | P120121DMIE210CR02040300222 | $25.00 |
| 11/2/2021 | VICTIM RESTITUTION | DMIE210CR020403002 | P110221DMIE210CR0204030026 | $25.00 |
| 10/21/2021 | VICTIM RESTITUTION | DMIE210CR020403002 | P102121DMIE210CR0204030021 | $25.00 |
| 9/1/2021 | VICTIM RESTITUTION | DMIE210CR020403002 | P090121DMIE210CR02040300215 | $25.00 |
| 8/2/2021 | VICTIM RESTITUTION | DMIE210CR020403002 | P080221DMIE210CR0204030025 | $25.00 |
| 7/1/2021 | VICTIM RESTITUTION | DMIE210CR020403002 | P070121DMIE210CR02040300214 | $25.00 |
| 3/11/2021 | VICTIM JS RESTITUTION BOP | DMIE210CR020403A | B031121DMIE210CR020403002131 | $87.54 |
| 3/11/2021 | VICTIM RESTITUTION BOP | DMIE210CR020403002 | B031121DMIE210CR020403002131 | $32.46 |
| 1/10/2021 | VICTIM JS RESTITUTION BOP | DMIE210CR020403A | B011021DMIE210CR020403002152 | $87.54 |
| 1/10/2021 | VICTIM RESTITUTION BOP | DMIE210CR020403002 | B011021DMIE210CR020403002152 | $32.46 |
| 10/18/2020 | VICTIM JS RESTITUTION BOP | DMIE210CR020403A | B101820DMIE210CR02040300229 | $87.54 |
| 10/18/2020 | VICTIM RESTITUTION BOP | DMIE210CR020403002 | B101820DMIE210CR02040300229 | $32.46 |
| 7/12/2020 | VICTIM JS RESTITUTION BOP | DMIE210CR020403A | B071220DMIE210CR020403002192 | $87.54 |
| 7/12/2020 | VICTIM RESTITUTION BOP | DMIE210CR020403002 | B071220DMIE210CR020403002192 | $32.46 |
| 3/11/2020 | VICTIM JS RESTITUTION BOP | DMIE210CR020403A | B031120DMIE210CR020403002177 | $87.54 |
| 3/11/2020 | VICTIM RESTITUTION BOP | DMIE210CR020403002 | B031120DMIE210CR020403002177 | $32.46 |
| 1/12/2020 | VICTIM JS RESTITUTION BOP | DMIE210CR020403A | B011220DMIE210CR020403002169 | $87.54 |
| 1/12/2020 | VICTIM RESTITUTION BOP | DMIE210CR020403002 | B011220DMIE210CR020403002169 | $32.46 |
| 10/13/2019 | VICTIM JS RESTITUTION BOP | DMIE210CR020403A | B101319DMIE210CR020403002176 | $87.54 |
| 10/13/2019 | VICTIM RESTITUTION BOP | DMIE210CR020403002 | B101319DMIE210CR020403002176 | $32.46 |
| 6/21/2019 | VICTIM JS RESTITUTION BOP | DMIE210CR020403A | B062119DMIE210CR020403002170 | $87.54 |
| 6/21/2019 | VICTIM RESTITUTION BOP | DMIE210CR020403002 | B062119DMIE210CR020403002170 | $32.46 |
| 4/14/2019 | VICTIM JS RESTITUTION BOP | DMIE210CR020403A | B041419DMIE210CR020403002179 | $54.72 |
| 4/14/2019 | VICTIM RESTITUTION BOP | DMIE210CR020403002 | B041419DMIE210CR020403002179 | $20.28 |
| 1/11/2019 | VICTIM JS RESTITUTION BOP | DMIE210CR020403A | B011119DMIE210CR020403002153 | $54.72 |
| 1/11/2019 | VICTIM RESTITUTION BOP | DMIE210CR020403002 | B011119DMIE210CR020403002153 | $20.28 |
| 10/14/2018 | VICTIM JS RESTITUTION BOP | DMIE210CR020403A | B101418DMIE210CR020403002151 | $54.72 |
| 10/14/2018 | VICTIM RESTITUTION BOP | DMIE210CR020403002 | B101418DMIE210CR020403002151 | $20.28 |
| 7/19/2018 | VICTIM JS RESTITUTION BOP | DMIE210CR020403A | B071918DMIE210CR020403002161 | $54.72 |
| 7/19/2018 | VICTIM RESTITUTION BOP | DMIE210CR020403002 | B071918DMIE210CR020403002161 | $20.28 |
| 1/14/2018 | VICTIM JS RESTITUTION BOP | DMIE210CR020403A | B011418DMIE210CR020403002170 | $18.24 |
| 1/14/2018 | VICTIM RESTITUTION BOP | DMIE210CR020403002 | B011418DMIE210CR020403002170 | $6.76 |
| 10/15/2017 | VICTIM JS RESTITUTION BOP | DMIE210CR020403A | B101517DMIE210CR020403002183 | $18.24 |
| 10/15/2017 | VICTIM RESTITUTION BOP | DMIE210CR020403002 | B101517DMIE210CR020403002183 | $6.76 |
| 7/16/2017 | VICTIM JS RESTITUTION BOP | DMIE210CR020403A | B071617DMIE210CR020403002166 | $18.24 |
| 7/16/2017 | VICTIM RESTITUTION BOP | DMIE210CR020403002 | B071617DMIE210CR020403002166 | $6.76 |
| 4/9/2017 | VICTIM JS RESTITUTION BOP | DMIE210CR020403A | B040917DMIE210CR020403002179 | $18.24 |
| 4/9/2017 | VICTIM RESTITUTION BOP | DMIE210CR020403002 | B040917DMIE210CR020403002179 | $6.76 |
| 1/8/2017 | VICTIM JS RESTITUTION BOP | DMIE210CR020403A | B010817DMIE210CR020403002153 | $18.24 |
| 1/8/2017 | VICTIM RESTITUTION BOP | DMIE210CR020403002 | B010817DMIE210CR020403002153 | $6.76 |
| 10/23/2016 | VICTIM JS RESTITUTION BOP | DMIE210CR020403A | B102316DMIE210CR020403002162 | $18.24 |
| 10/23/2016 | VICTIM RESTITUTION BOP | DMIE210CR020403002 | B102316DMIE210CR020403002162 | $6.76 |
| 7/10/2016 | VICTIM JS RESTITUTION BOP | DMIE210CR020403A | B071016DMIE210CR020403002164 | $18.24 |
| 7/10/2016 | VICTIM RESTITUTION BOP | DMIE210CR020403002 | B071016DMIE210CR020403002164 | $6.76 |
| 3/13/2016 | VICTIM JS RESTITUTION BOP | DMIE210CR020403A | B031316DMIE210CR020403002168 | $18.24 |

| Date | Penalty Type | Case Number | Receipt | Paid |
|---|---|---|---|---|
| 3/13/2016 | VICTIM RESTITUTION BOP | DMIE210CR020403002 | B031316DMIE210CR020403002168 | $6.76 |
| 1/10/2016 | VICTIM JS RESTITUTION BOP | DMIE210CR020403A | B011016DMIE210CR020403002167 | $18.24 |
| 1/10/2016 | VICTIM RESTITUTION BOP | DMIE210CR020403002 | B011016DMIE210CR020403002167 | $6.76 |
| 9/18/2015 | VICTIM JS RESTITUTION BOP | DMIE210CR020403A | B091815DMIE210CR020403002170 | $18.24 |
| 9/18/2015 | VICTIM RESTITUTION BOP | DMIE210CR020403002 | B091815DMIE210CR020403002170 | $6.76 |
| 7/5/2015 | VICTIM JS RESTITUTION BOP | DMIE210CR020403A | B070515DMIE210CR020403002160 | $18.24 |
| 7/5/2015 | VICTIM RESTITUTION BOP | DMIE210CR020403002 | B070515DMIE210CR020403002160 | $6.76 |
| 4/12/2015 | VICTIM JS RESTITUTION BOP | DMIE210CR020403A | B041215DMIE210CR020403002164 | $18.24 |
| 4/12/2015 | VICTIM RESTITUTION BOP | DMIE210CR020403002 | B041215DMIE210CR020403002164 | $6.76 |
| 1/11/2015 | VICTIM JS RESTITUTION BOP | DMIE210CR020403A | B011115DMIE210CR020403002148 | $18.24 |
| 1/11/2015 | VICTIM RESTITUTION BOP | DMIE210CR020403002 | B011115DMIE210CR020403002148 | $6.76 |
| 1/9/2015 | VICTIM JS RESTITUTION | DMIE210CR020403A | MIECCA19-CT-DET075381 | $1,390,754.64 |
| 1/9/2015 | VICTIM RESTITUTION | DMIE210CR020403002 | MIECCA19-CT-DET075381 | $515,592.60 |
| 12/23/2014 | VICTIM JS RESTITUTION | DMIE210CR020403A | MIECCA19-CT-DET074890 | $153,366.23 |
| 12/23/2014 | VICTIM RESTITUTION | DMIE210CR020403002 | MIECCA19-CT-DET074890 | $56,857.26 |
| 12/23/2014 | SPECIAL PENALTY ASSESSMENT | DMIE210CR020403002 | MIECCA19-CT-DET074890 | $900.00 |
| Total Paid | | | | $3,657,190.64 |