**EXHIBIT 1**

U.S. DEPARTMENT OF JUSTICE
Michigan-Eastern
211 W. Fort Street
Suite 2001
Detroit, MI 48226

Debtor Statement

| DATE OF STATEMENT | 05/18/2025 |
|---|---|
| ACCOUNT NUMBER | 2014A18814/001 |

For inquiries regarding debt call: (313) 226-9102

Retain top portion for your records. This is your official receipt. This statement reflects the balances for this debt only. You may have additional outstanding debt. Federal Statute requires that a payment application is applied to principal first then interest. (18 U.S.C. Section 3612 (i))

Bobby Ferguson
18944 Bretton
Detroit, MI 48223

| | Payment Application | | | Current Balance Information | |
|---|---|---|---|---|---|
| Payment Amount | $200.00 | Payment Date | 05/05/2025 | | |
| Debt Type | Payment Amount to Principal | Payment Amount to Interest | Interest Rate | Principal Balance | Interest Balance |
| Non-Federal Restitution | -$200.00 | $0.00 | 0% | $2,624,863.86 | $0.00 |
| Federal Restitution | $0.00 | $0.00 | 0% | $0.00 | $0.00 |
| Fine | $0.00 | $0.00 | 0% | $0.00 | $0.00 |
| Community Restitution | $0.00 | $0.00 | 0% | $0.00 | $0.00 |
| Special Assessment | $0.00 | N/A | N/A | $0.00 | N/A |
| Criminal Court Costs | $0.00 | N/A | N/A | $0.00 | N/A |
| Penalty | $0.00 | N/A | N/A | $0.00 | N/A |
| AVAA Assessment | $0.00 | N/A | N/A | $0.00 | N/A |
| JVTA Assessment | $0.00 | N/A | N/A | $0.00 | N/A |
| Total Balance: | | | | | $2,624,863.86 |

| | Current Activity | | |
|---|---|---|---|
| Overdue Amount | Next Payment Amount | PAY THIS AMOUNT | Date Payment Due |
| $0.00 | $500.00 | $500.00 | 06/01/2025 |

If this is an interest-bearing debt, additional interest accrues daily. For payoff information, please call the telephone line listed above.
MAKE YOUR PAYMENT PAYABLE TO CLERK, U.S. DISTRICT COURT. Include Court Number on your payment. DO NOT SEND CASH.

Payment Coupon: Enclose this coupon with payment to guarantee proper application in order for the payment to be applied before the next billing cycle.

| Court Case Number: | 10CR20403 02 | | | |
|---|---|---|---|---|
| District Code: MIE | CCAM Number: DMIE210CR020403002 | Amount Due: $500.00 | Due Date: 06/01/2025 | Amount Enclosed: |

☐ Check here for change of address and annotate below.

Bobby Ferguson
18944 Bretton
Detroit, MI 48223

Please mail payments to:

US Clerk of Court
231 W. Lafayette
Detroit, MI 48226

**EXHIBIT 2**



Application Name: MIED Criminal Debt
Pay.gov Tracking ID: 27OL3G4O
Agency Tracking ID: 77063114543
Transaction Type: Sale
Transaction Date: 06/03/2025 06:09:41 PM EDT
Account Holder Name: BOBBY FERGUSON
Transaction Amount: $100.00
Card Type: Visa
Card Number: ************4098

Defendant Type: 1
Defendant Name: BOBBY W FERGUSON
Court Case and Defendant Number: 2
21CR204030002
Account Holder Name: FERGUSON BOBBY
Account Holder Address: 20001 ROBSON, Detroit, MI 48235
Amount of this Payment:

THIS IS AN AUTOMATED MESSAGE. PLEASE DO NOT REPLY.



Pay.gov is a program of the U.S. Department of the Treasury, Bureau of the Fiscal Service



**EXHIBIT 3**



**U.S. DEPARTMENT OF JUSTICE**
Michigan-Eastern
211 W. Fort Street
Suite 2001
Detroit, MI 48226

**OVERDUE Debtor Statement**

| DATE OF STATEMENT | 06/16/2025 |
|---|---|
| ACCOUNT NUMBER | 2014A18814-001 |

For inquiries regarding debt call: (313) 226-9102

Retain top portion for your records. This is your official receipt. This statement reflects the balances for this debt only. You may have additional outstanding debt. Federal Statute requires that a payment application is applied to principal first then interest. (18 U.S.C. Section 3612 (i))

Bobby Ferguson
18944 Bretton
Detroit, MI 48223

| Payment Application | | | | Current Balance Information | |
|---|---|---|---|---|---|
| **Payment Amount** | $200.00 | **Payment Date** | 05/05/2025 | | |
| **Debt Type** | Payment Amount to Principal | Payment Amount to Interest | Interest Rate | Principal Balance | Interest Balance |
| Non-Federal Restitution | -$200.00 | $0.00 | 0% | $2,618,159.79 | $0.00 |
| Federal Restitution | $0.00 | $0.00 | 0% | $0.00 | $0.00 |
| Fine | $0.00 | $0.00 | 0% | $0.00 | $0.00 |
| Community Restitution | $0.00 | $0.00 | 0% | $0.00 | $0.00 |
| Special Assessment | $0.00 | N/A | N/A | $0.00 | N/A |
| Criminal Court Costs | $0.00 | N/A | N/A | $0.00 | N/A |
| Penalty | $0.00 | N/A | N/A | $0.00 | N/A |
| AVAA Assessment | $0.00 | N/A | N/A | $0.00 | N/A |
| JVTA Assessment | $0.00 | N/A | N/A | $0.00 | N/A |
| **Total Balance:** | | | | | $2,618,159.79 |

| Current Activity | | | |
|---|---|---|---|
| Overdue Amount | Next Payment Amount | PAY THIS AMOUNT | Date Payment Due |
| $300.00 | $500.00 | $800.00 | 07/01/2025 |

If this is an interest-bearing debt, additional interest accrues daily. For payoff information, please call the telephone line listed above.

MAKE YOUR PAYMENT PAYABLE TO CLERK, U.S. DISTRICT COURT. Include Court Number on your payment. DO NOT SEND CASH.

---

Payment Coupon: Enclose this coupon with payment to guarantee proper application in order for the payment to be applied before the next billing cycle.

| Court Case Number: | 10CR20403 02 | | | |
|---|---|---|---|---|
| District Code: MIE | CCAM Number: DMIE210CR020403002 | Amount Due: $800.00 | Due Date: 07/01/2025 | Amount Enclosed: |

☐ Check here for change of address and annotate below.

Bobby Ferguson
18944 Bretton
Detroit, MI 48223

Please mail payments to:

US Clerk of Court
231 W. Lafayette
Detroit, MI 48226